**Order entered January 9, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00880-CR

**TRAVARUS ANTWAUN SHEAD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-55887-W**

## ORDER

The clerk's record is overdue in this appeal. Accordingly, this Court **ORDERS** the Dallas County District Clerk to file the clerk's record within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/ DAVID EVANS
JUSTICE